### STATE of Rhode Island

v.

### Michael FONTAINE.

### No. 93–600–C.A.

Supreme Court of Rhode Island.

April 14, 1994.

Jeffrey Pine, Aaron Weisman, Providence.

Richard Casparian, Paula Rosin, Providence.

#### ORDER

This matter came before the court on the defendant's motion seeking to vacate a Superior Court order adjudging the defendant to be a violator of probation based upon this court's opinion in *State v. Soprano*, 633 A.2d 1357 (R.I.1993). The state concedes that *So-*

*prano* controls here. Therefore, the defendant's appeal is sustained, the adjudication of the defendant as a violator of probation is reversed, and the sentence imposed pursuant to that adjudication is vacated. The papers are remanded to the Superior Court.